**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARIS CIENEGA and ZAKEIA HAMPTON, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ECHO GLOBAL LOGISTICS, INC.,<br><br>        Defendant. | Case No. 1:22-cv-00644<br><br>Judge Sara L. Ellis |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT**

For the reasons set forth in Plaintiffs Aris Cienega and Zakeia Hampton's ("Plaintiffs") Memorandum in Support of Plaintiff's Unopposed Motion for Final Approval of Class, Collective, and Representative Action Settlement, and Class Counsel's supporting declarations and exhibits, Plaintiffs respectfully request that the Court enter an Order:

1. Granting final approval of the Settlement Agreement;

2. Certifying the following Illinois and California Classes under Fed. R. Civ. P. 23(b)(3) for settlement purposes only:

    a. <u>CALIFORNIA CLASS</u>: All Salaried Covered Employees who are currently or have been employed by Echo Global Logistics, Inc. ("Echo") in the State of California at any time from December 11, 2015 through June 30, 2022; and all Hourly Covered Employees who are currently or have been employed by Echo in the State of California at any time from June 30, 2018 through June 30, 2022.

    b. <u>ILLINOIS CLASS</u>: All Salaried Covered Employees who are currently or have been employed by Echo in the State of Illinois at any time from December 11, 2016 through June 30, 2022; and all Hourly Covered Employees who are currently or have been employed by Echo in the State of Illinois at any time since June 30, 2019 through June 30, 2022.

3. Certifying under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), for settlement purposes only, a collective of:

   a. <u>FLSA COLLECTIVE</u>: Salaried Covered Employees employed by Echo nationwide during the period from December 11, 2016 through June 30, 2022, and Hourly Covered Employees employed by Echo nationwide during the period from June 30, 2019 through June 30, 2022 who elect to opt-in to this action by cashing or otherwise negotiating a Settlement Check;

4. Authorizing the Settlement Administrator to send checks to all Settlement Class Members as set forth in the Settlement Agreement; and

5. Approving the settlement and release of the California Private Attorney General Act ("PAGA") claim.[1]

In accordance with this Court's local rules, Plaintiffs will email a word copy of a proposed order to chambers for the Court's consideration.

Dated: January 20, 2023              Respectfully submitted,

                                     By: */s/ Melissa L. Stewart*

                                     **Outten & Golden LLP**
                                     Melissa L. Stewart (admitted *pro hac vice*)
                                     Justin M. Swartz
                                     685 Third Avenue, 25th Floor
                                     New York, NY 10017
                                     Telephone: (212) 245-1000
                                     Facsimile: (646) 509-2060
                                     E-Mail: mstewart@outtengolden.com
                                     E-Mail: JMS@outtengolden.com

---

[1] Plaintiffs also request the Court (1) authorize service awards for the two named Plaintiffs and four Class and Collective Member Witnesses, in the amounts agreed upon in Section 71 of the Settlement Agreement; and (2) award Plaintiffs' Counsel their out-of-pocket expenses and attorneys' fees of up to one third of the total settlement fund. Plaintiffs are filing these two separate motions contemporaneously with this motion. *See* ECF Nos. 78 & 81.

Molly J. Frandsen (admitted *pro hac vice*)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
E-Mail: mfrandsen@outtengolden.com

Ryan Cowdin (admitted *pro hac vice*)
1225 New York Avenue NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-Mail: rcowdin@outtengolden.com

**Pedersen & Weinstein LLP**
Erika Pedersen
33 N. Dearborn Street, Suite 1170
Chicago, IL  60602
Telephone: (312) 322-0710
Facsimile: (312) 322-0717
E-Mail: epedersen@pwllp.com

*Attorneys for Plaintiffs and Settlement Class Members*