**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Aris Cienega, et al.

                    Plaintiff,

v.                                               Case No.: 1:22–cv–00644

                                                 Honorable Sara L. Ellis

Echo Global Logistics, Inc.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 25, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Final approval hearing held on 1/25/2023. Plaintiffs' unopposed motion for enlargement of page limits for Plaintiffs' unopposed motion for final approval of class collective, and representative action settlement; and unopposed motion for approval of attorneys' fees and costs [73] is granted. Plaintiffs' unopposed motion for final approval class collective, and representative action settlement [75] is granted. Plaintiffs'; unopposed motion for approval of attorney fees and costs [78] is granted. Plaintiffs' unopposed motion for approval of service awards [81] is granted. [Enter Judgment and Order Granting Final Approval of Class Collective, and Representative Action Settlement, and Dismissing Case]. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.